No. 93–828. PEARSON ET AL. *v.* PLANNED PARENTHOOD MARGARET SANGER CLINIC (MANHATTAN) ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Mine Workers* v. *Bagwell, ante,* p. 821.

No. 93–1279. REALI ET AL. *v.* FEMINIST WOMEN'S HEALTH CENTER. Ct. App. Cal., 3d App. Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Madsen* v. *Women's Health Center, Inc., ante,* p. 753.

No. 93–1394. TYUS ET AL. *v.* BOSLEY ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Johnson* v. *De Grandy, ante,* p. 997.